

EBP/KOH: USAO 2017R00730

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 FEB 21  PM 5: 10

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. GJH 18cr95 |
| v. | * | |
| | * | (Distribution of a Controlled |
| **CORON DEMON JOHNSON,** | * | Substance with Death Resulting, |
| a/k/a "Savage," | * | 21 U.S.C. § 841(a)(1) and (b)(1)(C); |
| | * | Aiding and Abetting, 18 U.S.C. § 2; |
| Defendant | * | Forfeiture, 21 U.S.C. § 853, 28 U.S.C. |
| | * | § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Distribution of a Controlled Substances with Death Resulting)

The Grand Jury for the District of Maryland charges that:

On or about August 11, 2017, in the District of Maryland, the defendant,

**CORON DEMON JOHNSON,**
a/k/a "Savage,"

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and death resulted from the use of such substance.

21 U.S.C. § 841(a)(1) and 841(b)(1)(C)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Counts One of this Indictment.

2. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count One of this Indictment, the defendant,

**CORON DEMON JOHNSON,**
a/k/a "Savage,"

shall forfeit to the United States of America:

    a. any other property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and

    b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Stephen M. Schenning / EBP*
Stephen M. Schenning
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: February 21, 2018

3