EBP: USAO 2017R00730

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 18CR95 |
| v. | * | |
| | * | (Distribution of a Controlled |
| CORON DEMON JOHNSON, | * | Substance, 21 U.S.C. § 841(a)(1); |
| a/k/a "Savage," | * | Forfeiture, 21 U.S.C. § 853, |
| | * | 28 U.S.C. § 2461(c)) |
| Defendant | * | |
| | * | |

*******

### SUPERSEDING INFORMATION

### COUNT ONE
**(Distribution of a Controlled Substance)**

The United States Attorney for the District of Maryland charges that:

On or about August 11, 2017, in the District of Maryland, the defendant,

**CORON DEMON JOHNSON,**
**a/k/a "Savage,"**

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Superseding Information.

2. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count One of this Superseding Information, the defendant,

**CORON DEMON JOHNSON,**
a/k/a "Savage,"

shall forfeit to the United States of America:

    a. any other property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

    b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Robert K. Hur / EBP*
Robert K. Hur
United States Attorney

Date:  April 2, 2019